UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIA KENYCE TAYLOR,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant(s).

CIVIL ACTION NO.: 24 Civ. 7369 (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

The Court observes that a case management plan is already in place. (See ECF No. 15). To ensure that discovery proceeds efficiently in this matter, a status conference is scheduled for **Monday, February 24, 2025, at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call (646) 453-4442; access code: 781-415-082# at the scheduled time. In addition, by **Tuesday, February 18, 2025**, the parties shall file a joint status letter advising the Court as to any discovery disputes about which they have met and conferred and are ripe for the Court's consideration.

Dated:    New York, New York
          January 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**