U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 19, 2025

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      **Re:** *Natia Kenyce Taylor v. United States of America*, 24-cv-07369-SLC

Dear Judge Cave:

      This Office represents the United States of America (the "Government") in this action brought by the Natia Kenyce Taylor ("Plaintiff") under the Federal Tort Claims Act ("FTCA"). This FTCA action concerns injuries allegedly sustained by Plaintiff from a motor vehicle accident involving a United States Postal Service vehicle. I write respectfully to request a two-week extension of time for the Government and Plaintiff to submit their joint status letter, from February 18, 2025, to March 4, 2025, and a continuance of the status conference from February 24, 2024, to a date no sooner than March 11, 2025. The reason for this request is that the Government and Plaintiff are actively discussing settlement and need additional time to attempt to resolve this matter without the need for Court intervention. Plaintiff consents to the request made herein.

      I thank the Court for its consideration of this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

   /s/ Rachel Kroll
Rachel Kroll
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2769
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendant United States of America*

---

The Court is in receipt of the Government's letter-motion (ECF No. 19 (the "Letter-Motion")) seeking (1) an extension of time to file a joint status letter and (2) adjournment of the status conference scheduled for February 24, 2025 (the "Conference")  The Letter-Motion is GRANTED.  By **Tuesday, March 4, 2025**, the parties shall file a joint status letter regarding the status of settlement negotiations and any discovery disputes about which they have met and conferred and are ripe for consideration at the Conference, which is ADJOURNED to **Monday, March 24, 2025 at 12:00 p.m.**  The parties are reminded to call:  (646) 453-4442; access code: 781-415-082# at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 19.

SO ORDERED.    2/20/2025    *[signature]*
SARAH L. CAVE
United States Magistrate Judge