

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 2, 2025

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    **Re:**   *Natia Kenyce Taylor v. United States of America*, 24-cv-07369-SLC

Dear Judge Cave:

    This Office represents the United States of America (the "Government") in this action brought by the Natia Kenyce Taylor ("Plaintiff") under the Federal Tort Claims Act ("FTCA"). This FTCA action concerns injuries allegedly sustained by Plaintiff from a motor vehicle accident involving a United States Postal Service vehicle. I write respectfully to request a two-week extension of time for the Government and Plaintiff to submit their joint status letter, from March 4, 2025 to March 17, 2025 (one week prior to the March 24, 2025 status conference). The reason for this request is that the Government and Plaintiff are actively discussing settlement and anticipate having additional information in the next two weeks regarding whether the parties have reached a resolution that may obviate the need for Court intervention. Plaintiff consents to the request made herein.

    I thank the Court for its consideration of this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:     */s/ Rachel Kroll*
     Rachel Kroll
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     Tel.: (212) 637-2769
     E-mail: rachel.kroll@usdoj.gov
     *Attorney for Defendant United States of America*

---

The Court is in receipt of Defendant's Letter-Motion requesting a two-week extension to file a joint status letter. (ECF No. 21 (the "Letter-Motion")). The Letter-Motion is GRANTED, and the parties shall file a joint status letter by **Monday, March 17, 2025.**

The Clerk of Court is respectfully directed to close ECF No. 21.

SO ORDERED.    3/3/2025

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

cc: Plaintiff's counsel (via ECF)